# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-mj-161 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| CARTER KANGAS, | : | |
| Defendant. | : | |

## DETAINER ORDER

This matter is before the Court upon the Government's request for a detainer order. At the Initial Appearance/Arraignment on April 30, 2025, Defendant, represented by counsel, indicated that he did not object to the Government's request.

Accordingly, the Government's request for a detainer is hereby **GRANTED**. Absent a writ from this Court for additional proceedings, it is the order of this Court that upon Defendant's release from state custody, and after the state proceedings are complete, up to and including serving any state sentence that may be imposed, Defendant is to be returned to the custody of the United States Marshal Service for further proceedings with this Court.

IT IS SO ORDERED.

May 1, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge